**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRUNO BELL,           )
   Plaintiff,          )
                       )   **Case No. 5:13-CV-00049 JTK**
v.                    )
                       )
CAROLYN W. COLVIN,    )
Acting Commissioner,  )
Social Security Administration, )
   Defendant.          )

## **FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

SO ADJUDGED this 17th day of March, 2014.

_____
United States Magistrate Judge